TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Moore

*Attorneys for the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re:                                                                                 :   Chapter 7
:
MYND SPA & SALON, INC., *et al.*,                       :   Case No. 20-10846 (JPM)
:
Debtors.[1]                                              :   (Jointly Administered)
:
---------------------------------------------------------------- x
ALBERT TOGUT, Not Individually but Solely in   :
His Capacity as Chapter 7 Trustee of the Estates of  :
Mynd Spa & Salon, Inc., *et al.*,                             :
:
:   Adv. Pro. No. 22-01052 (JPM)
Plaintiff,       :
:
v.                    :
:
TRANSAMERICA LIFE INSURANCE CO.,           :
:
Defendant.   :
---------------------------------------------------------------- x

**NOTICE OF DISCONTINUANCE OF ADVERSARY PROCEEDING**

Plaintiff Albert Togut, not individually but solely in his capacity as Chapter 7 Trustee of the estates of Mynd Spa & Salon, Inc., *et al.*, hereby discontinues the above-captioned adversary proceeding, with prejudice, pursuant to Bankruptcy

---

[1] The debtors in these cases, along with the last four digits of their federal tax identification numbers are (the "Debtors"):  (i) SASOS Holdings, Inc. (4903) (Case No. 20-10844);  (ii) SAS OneSource, Inc. (5504) (Case No. 20-10845);  (iii) Mynd Spa & Salon, Inc. (5718) (Case No. 20-10846);  and (iv) OneSource Service, Inc. (4067) (Case No. 20-10847).

Rule 7041 and Fed. R. Civ. P. 41(a)(1)(i).

Dated:   New York, New York
         December 6, 2024

                                        ALBERT TOGUT, not individually but
                                        solely in his capacity as Chapter 7
                                        Trustee,
                                        By His Attorneys,
                                        TOGUT, SEGAL & SEGAL LLP
                                        By:

                                        /s/ Brian F. Moore
                                        NEIL BERGER
                                        BRIAN F. MOORE
                                        One Penn Plaza, Suite 3335
                                        New York, New York 10119
                                        (212) 594-5000